UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re<br><br>Brian A. Tanguy<br><br>Debtor | )<br>)<br>)<br>)  Chapter 7<br>)<br>)  Case No. 25-10096<br>)<br>)<br>) |

**MOTION TO AVOID JUDICIAL LIEN OF
RICHARD EAMES & KRISTIN LIMA**

The Debtor hereby moves, in accordance with 11 U.S.C. § 522(f), to avoid the judicial lien held by Richard Eames & Kristin Lima and state in support the following:

1. The holders of the judicial lien which the Debtor seeks to avoid are Richard Eames & Kristin Lima, 168 Plymouth Ave Quincy MA 02169, 20 Ferncroft St,. Milton MA 02186.

2. The judicial lien was issued by the Norfolk Superior Court and it became a lien against 15 Summer St, Weymouth, MA on September 11, 2024.  The lien was filed with the Registry of Deeds for the Norfolk Registry District of the Land Court for Norfolk County as Document No 1,546,420 as noted on Certificate of Title No174242 (See Attached)

3. The judicial lien was approximately $140,000.00 on the date the Debtors filed their Petition.

4. The other lien holders are the First Mortgagee, HSBC Bank USA, Trustee, c/o PHH Mortgage in the amount of $485,509.00, Second Mortgagee FCI Lender Services, Inc., in the amount of $32,886.00, Judicial Lien Holder Jason and Casey Sullivan in the amount of $117,000.00 Judicial Lien Holder, Foley Electric LLC, in the amount of $12,600.00., Judicial Lien Holder Kerri & Brian Strout in the amount of $78,000.00.

5. The Debtor's homestead exemption, pursuant to MGL c. 188 (see Attached) is impaired by the entire Richard Eames & Kristin Lima lien which was $140,000.00 on the date the Debtors filed their Petition.

6. 11 U.S.C. § 522(f)(2)(A) analysis.

| | | |
|---|---|---|
| Lien | $140,000.00 | |
| Other liens | $725,995.00 | |
| Exemption Amount | $500,000.00 | |
| Total | | $1,365,995.00 |
| | | |
| Debtor's Interest | | $600,000.00 |
| | | |
| Exemption Impairment | | $765,995.00 |

7. The Debtor contends that the entire Richard Eames & Kristin Lima lien is avoidable.

Dated: January 23, 2025     Attorney for the Debtor,

/s/ Scott J. Fishman  
Scott J. Fishman  
BBO # 630711  
Jennings, Jennings & Fishman  
775 Pleasant St. #7  
Weymouth, MA 02189  
(781) 337-4221  
**scottfishman@jenningsfishman.com**

### CERTIFICATE OF SERVICE

I, Scott J. Fishman, hereby certify that on January 23, 2025 the above was served to the following by electronic transmission:

Richard King  
USTPRegion01.BO.ECF@USDOJ.GOV

Donald Lassman  
don@lassmanlaw.com, , dlassman@ecf.axosfs.com

I, Scott J. Fishman, hereby certify that on January 23, 2025 I served the above by first class mail, postage prepaid to the following:

    Richard Eames & Kristin Lima  
    168 Plymouth Ave  
    Quincy MA 02169

    Counsel for Lienholder  
    Jeffrey Greene  
    Greenberg Taurig LLP  
    One International Place  
    Boston, MA 02110

                                                     /s/ Scott J. Fishman  
                                                     Scott J. Fishman

Dpp6:81,541,420 09-11-2024 9:52
Ctf#:174242
Norfolk County Land Court

# The Commonwealth of Massachusetts
## County of Norfolk

NOT AN OFFICIAL COPY

OFFICE OF THE SHERIFF

NOT AN OFFICIAL COPY

**Patrick W. McDermott**
*Sheriff*

**Anita T. Aldoupolis**
*Director of Civil Process*

**CIVIL PROCESS DIVISION**
1255 Hancock Street
Quincy, MA 02169
Tel: (781)326-1787
Fax: (781)326-0288
Email: info@norfolkcivil.org

Date: 9/11/2024   Time: 8:31 AM

Plaintiff: Eames, Richard et al

Plaintiff's Attorney: Greenberg Traurig, LLP
Attorney's telephone number: 617-310-6253
Defendant: **Brian A. Tanguy**
Document#: 1,122,777 Certificate#: 174242
Court of Issue: NORFOLK SUPERIOR   Execution # 2382CV00827

15 R.C.

**Property Address:** ~~20~~ Summer Street, Weymouth, MA

That certain parcel of land situated in Weymouth in the County of Norfolk and said Commonwealth, bounded and described as follows:

NORTHEASTERLY   by the Southwesterly line of Summer Street, One Hundred Forty-Five and 14/100 (145.14) feet;

SOUTHERLY   by lot numbered 1, as indicated on plan hereinafter referred to and by lot numbered 4, as shown on said plan, Four Hundred Forty-Eight and 79/100 (448.79) feet; and

WESTERLY   One Hundred Ninety-Six and 75/100 (196.75) feet, and

NORTHERLY   Four Hundred Eight and 95/100 (408.95) feet, by lands of sundry adjoining owners, as shown on said plan.

Said parcel is shown as lot numbered 3 on a plan drawn by Russell H. Whiting, Surveyor, dated Oct. 3, 1952, as approved by the Land Court, Filed in the Land Registration Office as No 22987-B

As amended by Land Court Plan No. 22987-E approved by the Land Court March 7, 1990 and record March 12, 1990. A copy of a portion of which is filed in Norfolk Registry District with Certificated No. 1~~01526~~, book ~~529~~, Page 1~~26~~.
  174242         872       92

Said plan delineates the subdivision of part of lot 3 as shown on prior Land Court Plan No. 22987-B into one new lot numbered Lot 9.





*The Commonwealth of Massachusetts*
*County of Norfolk*

NOT AN OFFICIAL COPY

**OFFICE OF THE SHERIFF**

NOT AN OFFICIAL COPY

**Patrick W. McDermott**
*Sheriff*

**Anita T. Aldoupolis**
*Director of Civil Process*

**CIVIL PROCESS DIVISION**
1255 Hancock Street
Quincy, MA 02169
Tel: (781)326-1787
Fax: (781)326-0288
Email: info@norfolkcivil.org

By virtue of the attached execution, the original of which is in my hands for the purpose of taking the above described real estate, I have this day levied upon, seized and taken all right, title and interest that the within named Judgment Debtor had in such real estate in Norfolk County.

Attached is a true copy of this execution on the above so much of my return as relates to the levying upon, seizure, and taking of this real estate on the execution.

**Anita T. Aldoupolis**
Deputy Sheriff
Jacket: 24007378

| WRIT OF EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER 2382CV00827 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME Eames, Richard et al vs. Tanguy, Brian A et al | | Walter F. Timilty, Clerk of Courts Norfolk County |
| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION Jeffrey W Greene, Esq. Greenberg Traurig, LLP One International Place Suite 2000 Boston, MA 02110 | | COURT NAME & ADDRESS Norfolk County Superior Court 650 High Street Dedham, MA 02026 |
| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED Brian A Tanguy All-Pro Builders Inc | | JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED Richard Eames Kristin Lima |

A TRUE COPY, ATTEST:

NORFOLK DEPUTY SHERIFF

Date: 9-11-24

To the sheriffs of our several counties or their deputies (or, subject to the limitations of G.L. c. 41 § 92, any constable within his town):

The judgment creditor(s) has recovered a judgment against the judgment debtor named in the amount shown below.

We command you therefore, that from the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, you cause payment to be made and satisfied to the judgment creditor(s) in the amount of the "Execution Total," plus additional post judgment interest on the "Judgment Total" from the "Date Execution Issued" at the "Annual Post judgment Interest Rate" shown below, and to collect your fees, as provided by law.

This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the clerk's office of this court, along with your return of service, within ten days after this writ has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged

| 1. Judgment Total | 135,369.56 |
|---|---|
| 2. Date Judgment Entered | 05/03/2024 |
| 3. Date Execution Issued | 08/12/2024 |
| 4. Number of Days from Judgment to Execution (Line 3 - Line 2) | 101 |
| 5. Annual Postjudgment Interest Rate | 0.12 |
| 6. Postjudgment Interest from Judgment to Execution (lines 1x4x5) | $4,498.20 |
| 7. Postjudgment Costs (if any) | $ |
| 8. Credits (if any) | $ |
| 9. EXECUTION TOTAL (Lines 1 + 6 + 7, minus Line 8) | $139,867.76 |
| LEVYING OFFICER: (a) Add daily interest from date execution issued. | |
| (b) Add your fees as provided by law: | |

| TESTE OF CHIEF JUSTICE WITNESS: Hon. Michael D Ricciuti | DATE EXECUTION ISSUED 08/12/2024 | CLERK-MAGISTRATE/ASST. CLERK X Mary K. Hickey |
|---|---|---|

Date Printed: 08/12/2024                                                                                      SCV043_Pla-Def 06/2014

Filing Fee $35

Doc:1,520,863 05-12-2023 11:16
Ctf#:174242

# The Commonwealth of Massachusetts

Norfolk County Land Court

William Francis Galvin, Secretary of the Commonwealth

NOT AN OFFICIAL COPY

## Declaration of Homestead for Homes Owned by Natural Persons (General Laws Chapter 188) section 2

In situations where the home is owned by multiple owners, each owner may be best served to complete a separate declaration of homestead.

1. ☐ I, _____,
   (insert name of owner)

   ☒ We, Brian Tanguy _____,
   (insert name of owners)

   Joanne Tanguy _____,

   _____,

   hereby declare homestead pursuant to M.G.L. c.188 and state that I/we own the home described below and occupy or intend to occupy the home as my/our principal residence.

### Owner Information

2. Check all that apply:

   ☒ I/we, Brian Tanguy and Joanne Tanguy   married to each other   am elderly (62 years of age or older).
   (insert name (s))

   ☐ I/we, _____
   (insert name (s))

   am/are disabled (have a physical or mental impairment that meets the disability requirements for Supplemental Security Income under 42 U.S.C. 1382c(a)(3)(A) and 42 U.S.C. 1382c(a)(3)(C). One of the following must be attached: 1) an original or certified copy of a disability award letter issued to the person by the United States Social Security Administration, or 2) a letter signed by a physician registered with the board of registration in medicine certifying that each person meets the disability requirements stated in 42 U.S.C. 1382c(a)(3)(A) and 42 U.S.C. 1382c(a)(3)(C).

   ☐ I am married to _____,
   who is not a co-owner of the home but who occupies or intends to occupy the home as his/her principal residence.

   ☐ I/we, _____
   (insert name (s))

   am/are servicemember(s) who may be subject to protection under the servicemember(s) Civil Relief Act, 50 U.S.C. App 533, should I/we be called to active duty.

### Home Information

3. Address: 15 Summer St., Weymouth _____, Massachusetts.
   (street number and name, city/town)   02188

4. Select ONE of the following:

   ☐ Deed is recorded in _____ Registry of Deeds in _____ and _____
   (district/county)                          (book)        (page)

   ☒ Certificate of Title  174242  registered in the Land Registration Office 1,122,777
   (number)                                                  (document #)

   ☐ Inheritance from _____, Docket number
   (name of previous owner)

   _____ in _____.
   (number)              (county)

   ☐ For manufactured homes, license number _____.
   (number)

Declaration of Homestead for Homes Owned by Natural Persons - Page 1 of 2    (over)

1122777 (174242)

5. I/we, whose names are signed on this document, acknowledge that I/we sign it voluntarily for its stated purpose.

To be signed by Applicant(s) in front of a Notary Public.

NOT AN OFFICIAL COPY

Signed under pains and penalties of perjury this 11th day of May, 2023.

*Joanne Tanguy*

*[signature]*

For Use by Notary Public Only:

**COMMONWEALTH OF MASSACHUSETTS**

Norfolk, ss.

May 11th, 2023, before me, the undersigned notary public, personally appeared Brian Tanguy Joanne Tanguy,
(name(s) of the document signer(s))

proved to me through satisfactory evidence of identification, which were MA DL,
(drivers license, passport, etc.)

to be the person(s) who signed the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of (his) (her) (their) knowledge and belief.

Notary Public: Peter D Engles

My commission expires: 8/19/2027

PETER DAVID ENGLES
NOTARY PUBLIC
Commonwealth of Massachusetts
My Comm. Expires August 19, 2027

Declaration of Homestead for Homes Owned by Natural Persons - Page 2 of 2                    (Updated 5/29/20)