

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

BRIAN A. TANGUY,

    Debtor

Chapter 7
Case No. 25-10096-JEB

**Proceeding Memorandum and Order**

**MATTER:**
#9 Motion filed by Debtor Brian A. Tanguy to Avoid Judicial Lien of Richard Eames & Kristin Lima

**Decision set forth more fully as follows:**
Hearing held on March 5, 2025. For the reasons set forth on the record, the Motion is denied. This order is without prejudice to the Debtor filing a new motion for such relief.

Dated: March 5, 2025

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge