United States Bankruptcy Court
District of Massachusetts

In re:     Case No. 25-10096-jeb
Brian A. Tanguy     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: admin     Page 1 of 1
Date Rcvd: Mar 05, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian A. Tanguy, 15 Summer St., Weymouth, MA 02188-1513 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 07, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donald Lassman | don@lassmanlaw.com dlassman@ecf.axosfs.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |
| Scott J. Fishman | on behalf of Debtor Brian A. Tanguy scottfishman@jenningsfishman.com |
| William J. McLeod | on behalf of Interested Party Massachusetts Department of Industrial Accidents william.j.mcleod@mass.gov mcleodlaw@gmail.com |

TOTAL: 4



## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>BRIAN A. TANGUY<br><br>Debtor | Chapter 7<br>Case No. 25-10096-JEB |

### Proceeding Memorandum and Order

**MATTER:**

#7 Motion filed by Debtor Brian A. Tanguy to Avoid Judicial Lien of Foley Electric LLC

**Decision set forth more fully as follows:**

Hearing held on March 5, 2025. For the reasons set forth on the record, the Motion is denied. This order is without prejudice to the Debtor filing a new motion for such relief.

Dated: March 5, 2025

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge