

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | Brian A. Tanguy | Ch. 7 |
|---|---|---|
| | | 25-10096-JEB |
| | Debtor | |

### Order

**MATTER:**

#21 Motion filed by Debtor Brian A. Tanguy to Avoid Judicial Lien of Jason & Casey Sullivan, Foley Electric LLC, Kerri & Brian Strout and Richard Eames & Kristin Lima

The Motion fails to include evidence of the value of the Debtor's interest in the property. The Debtor shall, by **March 21, 2025**, file evidence of the value of the Debtor's interest in the property, together with a cover page that includes the case caption and a description that reflects the document is a supplement to the Motion.

The Debtor shall, by **March 21, 2025**: (1) serve the supplement together with the Motion (even if previously served), in accordance with Rule 7004, on Jason and Casey Sullivan, Foley Electric LLC, Kerri & Brian Strout, and Richard Eames & Kristin Lima; (2) serve a copy of the supplement on any other parties entitled to notice by regular mail; and (3) file a certificate of such service. If the Debtor fails to file or serve the supplement and the Motion, or to file a certificate of service, the Court will take such action as is appropriate which may include denying the Motion without prejudice.

Dated: 03/19/2025

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge