UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re<br><br>Brian A. Tanguy<br><br>Debtor | Chapter 7<br><br>Case No. 25-10096 |

**SUUPLEMENT TO MOTION TO AVOID JUDICIAL LIENS**

The Debtor hereby supplements his Motion to avoid judicial liens and states the following:

1. The Debtor on March 6, 2025 filed a Motion to Avoid Judicial liens and failed to include evidence of value.

2. This supplement is filed to correct that oversight. The attached reports from Zillow.com and Redfin.com are intended to reflect the value of 15 Summer St., Weymouth, MA.

3. The attached value estimates are from March 19, 2025. Debtor used numbers from those websites on March 6, 2025 in his original Motion. Counsel noted the values on that date but failed to copy the reports. The values on March 19, 2025 differ slightly from the values on March 6, 2025.

4. If the numbers from the current estimate were used instead of those from March 6, 2025, the average of the three values (Debtor's estimate at filing, Zillow and Redfin) would be $1,035,922.00. Debtor believes that the value on the original Motion, $1,051,610.00, is a reasonable estimate of value at the time the Petition was filed.

Dated: March 19, 2025

Attorney for the Debtor,

/s/ Scott J. Fishman

        Scott J. Fishman
        BBO # 630711
        Jennings, Jennings & Fishman
        775 Pleasant St. #7
        Weymouth, MA 02189
        (781) 337-4221
        **scottfishman@jenningsfishman.com**

## CERTIFICATE OF SERVICE

I, Scott J. Fishman, hereby certify that on March 19, 2025 the above was served to the following by electronic transmission:

Richard King
USTPRegion01.BO.ECF@USDOJ.GOV

Donald Lassman
don@lassmanlaw.com, , dlassman@ecf.axosfs.com

William J. McLeod on behalf of Interested Party Massachusetts Department of Industrial Accidents
william.j.mcleod@mass.gov, mcleodlaw@gmail.com

I, Scott J. Fishman, hereby certify that on March 19, 2025 I served the above Supplement and the original Motion to Avoid Liens (filed March 6, 2025) by first class mail, postage prepaid to the following:

    Jason and Casey Sullivan
    20 Ferncroft St.
    Milton MA 02186

    <u>Counsel for Jason and Casey Sullivan</u>
    Maura Richards
    275 Turnpike St., Suite 305
    Canton, MA 02021

    <u>Foley Electric LLC</u>
    Matthew Foley, Resident Agent and Manager
    43 Walnut Avenue
    Braintree, MA 02184

    <u>Counsel for Foley Electric LLC</u>
    Alisa Katz Campbell
    7 Cabot Place, Suite 4
    Stoughton MA 02072-0000

Kerri & Brian Strout
112 Robertson St.
Quincy, MA 02169

<u>Counsel for Kerri & Brian Strout</u>
Dale Malone
457 Washington St., Suite 5
Weymouth MA 02188

<u>Richard Eames & Kristin Lima</u>
168 Plymouth Ave
Quincy MA 02169

<u>Counsel for Richard Eames & Kristin Lima</u>
Jeffrey Greene
Greenberg Taurig LLP
One International Place
Boston, MA 02110

/s/ Scott J. Fishman
Scott J. Fishman

 

| Saved homes | Saved searches | Inbox | Your team | **Your home** | Renter Hub | Account settin |

# Your home

 Add a home

**OFF MARKET**

## 15 Summer St
### Weymouth, MA 02188

**Public view**

Zestimate: $965,400

-- Beds · 3.5 Baths · 4,364 Sq Ft

---

                ○○○
**EDIT FACTS**    **LIST HOME** ⌄    **MORE** ⌄

---

## Get a cash offer in 3 minutes

Find out how much your home could sell for in as little as 3 minutes with a no-obligation cash offer.

**Estimated market value**                                    **$965,400**

What's this number?

[ Unlock your offer ]

## Your Home Value

It looks like this property has **missing facts**, which can affect the accuracy of home value estimates.



Zestimate

# $965,400

   Zestimate range
             **$850,000 - $1.09M**

   Last 30-day change
             **+ $36,258** (+3.9%)

   Zestimate per sqft
             **$221**

Zestimate history & details ⌄

## Your Home Equity

### Est. Home Equity ⓘ
### $737,226

   **ONE-YEAR EQUITY FORECAST**
                        $ -- (-- %)

R  City, Address, School, Agent, ZIP    Buy ▾  Rent ▾  Sell ▾  Redfin Premier  Mortgage ▾  Real Estate Agents ▾  Feed    Join / Sign in

My Home    Redfin Selling Options ▾    Selling Resources ▾

# $942,367

Redfin Estimate for 15 Summer St

5 beds, 2.5 baths, 4,040 square feet Edit

I'm the Owner

✓ Get estimate updates
✓ Track nearby home sales
✓ Create an Owner Estimate

Redfin Estimate is based on recent home sales. ⓘ Edit home facts to improve accuracy.

## Thinking about selling?

Sell for top dollar and reach more buyers, all for half the listing fee.

Schedule a consultation


SOLD OCT 28, 2024                                   A

Sold Price
**$605,000**              3       2.5      2,409
74 Federal              beds   baths    sq. ft.
Weymouth, MA 02188




SOLD SEP 3, 2024

Last Sold Price
**$875,000**                                4
12 Kew Rd                                beds
Braintree, MA 02184

