United States Bankruptcy Court

District of Massachusetts

In re:     Case No. 25-10096-jeb

Brian A. Tanguy     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: admin     Page 1 of 1
Date Rcvd: Mar 19, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian A. Tanguy, 15 Summer St., Weymouth, MA 02188-1513 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donald Lassman | don@lassmanlaw.com  dlassman@ecf.axosfs.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |
| Scott J. Fishman | on behalf of Debtor Brian A. Tanguy scottfishman@jenningsfishman.com |
| William J. McLeod | on behalf of Interested Party Massachusetts Department of Industrial Accidents william.j.mcleod@mass.gov mcleodlaw@gmail.com |

TOTAL: 4



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Brian A. Tanguy | Ch. 7 |
| | | 25-10096-JEB |
| | Debtor | |

### Order

**MATTER:**

#21 Motion filed by Debtor Brian A. Tanguy to Avoid Judicial Lien of Jason & Casey Sullivan, Foley Electric LLC, Kerri & Brian Strout and Richard Eames & Kristin Lima

The Motion fails to include evidence of the value of the Debtor's interest in the property. The Debtor shall, by **March 21, 2025**, file evidence of the value of the Debtor's interest in the property, together with a cover page that includes the case caption and a description that reflects the document is a supplement to the Motion.

The Debtor shall, by **March 21, 2025**: (1) serve the supplement together with the Motion (even if previously served), in accordance with Rule 7004, on Jason and Casey Sullivan, Foley Electric LLC, Kerri & Brian Strout, and Richard Eames & Kristin Lima; (2) serve a copy of the supplement on any other parties entitled to notice by regular mail; and (3) file a certificate of such service. If the Debtor fails to file or serve the supplement and the Motion, or to file a certificate of service, the Court will take such action as is appropriate which may include denying the Motion without prejudice.

Dated: 03/19/2025                    By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge