Certificate Number: 03621-MA-DE-039599125

Bankruptcy Case Number: 25-10096



03621-MA-DE-039599125

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 27, 2025, at 7:18 o'clock PM EDT, Brian A Tanguy completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date: April 27, 2025

By: /s/Damaris Soto

Name: Damaris Soto

Title: Credit Counselor