United States Bankruptcy Court

District of Massachusetts

In re:     Case No. 25-10096-jeb

Brian A. Tanguy     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: admin     Page 1 of 3

Date Rcvd: Apr 29, 2025     Form ID: 318auto     Total Noticed: 73

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian A. Tanguy, 15 Summer St., Weymouth, MA 02188-1513 |
| intp | + | Massachusetts Department of Industrial Accidents, Workers Compensation Trust Fund, 2 Avenue de Lafayette, 1st Floor, Lafayette City Center, Boston, Ma 02111-1750 |
| 20951073 | + | AT&T Wireless, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 20960119 | | Anthony Giuliano, Esq., Giuliano Law PC, 445 Broadhollow Rd., Suite 25, Melville, NY 11747-3645 |
| 20951075 | + | BPI Construction, PO BOX 2698, Natick, MA 01760-0020 |
| 20951074 | + | Bellew Marble & Tile, 308 Hingham Street, Rockland, MA 02370-1227 |
| 20951076 | + | Braintree Lumber, 110 Hancock Street, Braintree, MA 02184-7039 |
| 20951078 | + | Chris Bigelow, 45 King Philip Street, South Weymouth, MA 02190-1115 |
| 20951079 | + | Christopher Trovato & Tai Diamond, 159 Warren Ave, Milton, MA 02186-2009 |
| 20951080 | + | Citizen's Bank, 28 State St., Boston, MA 02109-1774 |
| 20951082 | + | Damien Hardwood Floors, 254 Washington Street, Weymouth, MA 02188-1558 |
| 20951083 | + | Efie Papaioannou, 51 Eileen Dr, Braintree, MA 02184-5909 |
| 20951086 | + | Foley Electric LLC, c/o Alisa Katz Campbell, 7 Cabot Place, Suite 4, Stoughton, MA 02072-4631 |
| 20953878 | + | GIULIANO LAW, P.C., 445 Broadhollow Road, Ste. 25, Melville, NY 11747-3645 |
| 20951087 | + | GR Insulation Corp, 121 Randolph Street, Building D Unit 3, Abington, MA 02351-1393 |
| 20951088 | + | Guarantee Fund Adminstrator, Office of Consumer Affairs, 501 Boylston St., Suite 5100, Boston, MA 02116-3797 |
| 20951090 | + | Jason and Casey Sullivan, 20 Ferncroft St., Milton, MA 02186-2607 |
| 20951091 | + | Jeffrey Greene, Greenberg Taurig LLP, One International Place, Boston, MA 02110-2602 |
| 20951092 | + | Jeffrey Zachter, 30 Wall St., 8th Floor, New York, NY 10005-2205 |
| 20951093 | + | Joanne Tanguy, 15 Summer St, Weymouth, MA 02188-1513 |
| 20951094 | + | Jonathan Wessler, 12 Pine Hill Terrace, Rockland, MA 02370-1539 |
| 20951095 | + | Kerri & Brian Strout, c/o Dale Malone, 457 Washington St., Suite 5, Weymouth, MA 02188-2941 |
| 20951096 | + | Kiely & Ferrante, 84 Eastern Ave., Gloucester, MA 01930-1988 |
| 20951097 | + | L & F Electrical Services, 11 Seymour Street, Berkley, MA 02779-1126 |
| 20951098 | | Lalena L. Etheart, 21 Houston Ave., Weymouth, MA 02188 |
| 20951099 | #+ | Law Office of Alan M. Cohen, 209 W. Central St., Suite 126, Natick, MA 01760-3798 |
| 20951100 | + | Leland Pavoli, P.O. Box 2117, Salem, NH 03079-1120 |
| 20951101 | + | Longs Flooring, Inc., c/o Jahangir Zaheer, 40 Salem St., Bldg 2, Suite 18, Lynnfield, MA 01940-0047 |
| 20951102 | + | Mass General Brigam, 55 Fruit St., Boston, MA 02114-2696 |
| 20951104 | + | Maura Richards, 275 Turnpike St., Suite 305, Canton, MA 02021-2355 |
| 20951105 | + | McKenney Electric, 112 Argyle Road, Braintree, MA 02184-1336 |
| 20951106 | + | Means Precast, 151 Adams Street, Braintree, MA 02184-1917 |
| 20951108 | + | Mortland Door System, 120 Alexander Street, Framingham, MA 01702-8722 |
| 20951109 | + | N & F Construction Services, Inc., 27 Willis St., #34, Framingham, MA 01702-8191 |
| 20951111 | + | National Lumber, 90 Norfolk St, Mansfield, MA 02048-1832 |
| 20951112 | + | Nautilus Insurance Co., c/o Jonathan Allen, Esq., P.O. Box 15567, Springfield, MA 01115-5567 |
| 20951113 | + | Orellana Painting, 119 Mott Street, New Bedford, MA 02744-2308 |
| 20951114 | + | Overhead Garage Door, 300 Weymouth Street, Rockland, MA 02370-1198 |
| 20951115 | + | Paul G. Manning, Jr., Korde & Assoc, 900 Chelmsford St., Suite 3102, Lowell, MA 01851-8100 |
| 20951117 | + | R.W,K, Heating & AC, 70 River Road, Hanover, MA 02339-2840 |
| 20951121 | + | ROC Funding, 2 University Plaza, Suite 205, Hackensack, NJ 07601-6211 |
| 20951118 | + | Randy Spencer, Viera & DiGianfiliippo, 480 Turnpike St., South Easton, MA 02375-1774 |

| | | |
|---|---|---|
| 20951119 | + | Richard Ahern, 70 Kingman Street, Weymouth, MA 02188-2214 |
| 20951120 | + | Richard Eames & Kristin Lima, 168 Plymouth Ave, Quincy, MA 02169-1117 |
| 20960120 | | Roc Funding Group, Giuliano Law PC, 445 Broadhollow. Rd., Suite 25, Melville, NY 11747-3645 |
| 20951122 | + | Rook Plumbing, 59 Franconia Street, Boston, MA 02122-2107 |
| 20951123 | + | Ruben & Kara Reyes, 83 Elva Rd, North Weymouth, MA 02191-2003 |
| 20951124 | + | Ryan A. Rucki, Torres, Scammon, Hincks & Day LLP, 119 High St., Boston, MA 02110-2447 |
| 20951128 | + | South Shore Health Express, 330 Washington St, Weymouth, MA 02188-2932 |
| 20951129 | + | South Weymouth Plumbing, 775 Pleasant St., #10, East Weymouth, MA 02189-2355 |
| 20951130 | + | Stephen W. Rider, 350 Lincoln St., Suite 2400, Hingham, MA 02043-1579 |
| 20951131 | + | Steve Tallent, 180 Albatross Road, Quincy, MA 02169-2656 |
| 20951132 | + | The Mediation Group, 235 Cypress Street, Suite 300, Brookline, MA 02445-6777 |
| 20951133 | + | Tim Vu, dba Tim's Hardwood Flooring, 1016 Blue Hill Ave., Milton, MA 02186-2329 |
| 20951134 | + | Town Of Weymouth, 75 Middle St., Weymouth, MA 02189-1359 |
| 20951135 | + | Trugreen, P.O. Box 64437, Saint Paul, MN 55164-0437 |
| 20951137 | + | Vince Urbanski, 22 Marilyn Rd., Milton, MA 02186-2848 |
| 20951138 | + | W.A. McDonald Plumbing, PO Box 850665, Braintree, MA 02185-0665 |
| 20951139 | + | William & Kathryn Ferrari, 58 Lyman Rd, Milton, MA 02186-4608 |
| 20951140 | + | Xtreme Seal Insulation/Mass Green, 67 Sharp Street, Ste. 4R, Hingham, MA 02043-4349 |
| 20951141 | + | Zach Brentzel, 69 Rustic Dr., South Weymouth, MA 02190-3305 |

TOTAL: 61

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDRLASSMAN.COM | Apr 30 2025 03:13:00 | Donald Lassman, Law Offices of Donald Lassman, P. O. Box 920385, Needham, MA 02492-0005 |
| 20951077 | | EDI: CITICORP | Apr 30 2025 03:13:00 | CBNA, 50 Northwest Point, Elk Grove Village, IL 60007 |
| 20951081 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2025 23:15:52 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 20951084 | + | Email/Text: bk@dfogelpc.com | Apr 29 2025 23:14:00 | Epic Advance LLC, c/o David Fogel, Esq., 1225 Franklin Ave., Suite 201, Garden City, NY 11530-1890 |
| 20951085 | + | Email/Text: LMitchell@myfci.com | Apr 29 2025 23:13:00 | FCI Lender Services, Inc., P.O. Box 28720, Anaheim, CA 92809-0157 |
| 20951089 | + | EDI: LCIPHHMRGT | Apr 30 2025 03:13:00 | HSBC Bank USA, Trustee, c/o PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 20951110 | + | Email/Text: apbankruptcy@nationalgrid.com | Apr 29 2025 23:14:00 | National Grid, P.O. Box 960, Northborough, MA 01532-0960 |
| 20951116 | + | Email/Text: FACS_Support@paychex.com | Apr 29 2025 23:13:00 | Paychex, 1175 John St., West Henrietta, NY 14586-9199 |
| 20951126 | + | Email/Text: PDELINQ@sba.gov | Apr 29 2025 23:13:00 | SBA, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 20951125 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 29 2025 23:14:00 | Santander Consumer, Attn Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 20951127 | + | Email/Text: Bankruptcy@selective.com | Apr 29 2025 23:14:00 | Selective Insurance, PO Box 371468, Pittsburgh, PA 15250-7468 |
| 20951136 | + | Email/Text: sluna@ur.com | Apr 29 2025 23:14:00 | United Rentals, PO Box 100711, Atlanta, GA 30384-0711 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Case 25-10096   Doc 33   Filed 05/01/25   Entered 05/02/25 00:29:32   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0101-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: 318auto | Total Noticed: 73 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20951072 | | All Pro Builders Inc. |
| 20951103 | ##+ | Mass Pro Tile, 576 Washington Street, Weymouth, MA 02188-3431 |
| 20951107 | ##+ | Minkin Construction, 264 Providence Street, Rehoboth, MA 02769-1006 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher J. Fein | on behalf of Plaintiff Brian Strout cjfein@feinlawoffice.com |
| Christopher J. Fein | on behalf of Plaintiff Kerri Strout cjfein@feinlawoffice.com |
| Donald Lassman | don@lassmanlaw.com dlassman@ecf.axosfs.com |
| Jeffrey Greene | on behalf of Plaintiff Kristin Lima greenej@gtlaw.com |
| Jeffrey Greene | on behalf of Plaintiff Richard Eames greenej@gtlaw.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |
| Scott J. Fishman | on behalf of Defendant Brian A. Tanguy scottfishman@jenningsfishman.com |
| Scott J. Fishman | on behalf of Debtor Brian A. Tanguy scottfishman@jenningsfishman.com |
| William J. McLeod | on behalf of Interested Party Massachusetts Department of Industrial Accidents william.j.mcleod@mass.gov mcleodlaw@gmail.com |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Brian A. Tanguy<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0247<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Massachusetts | |
| Case number: | 25–10096 | |

## Order of Discharge                                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian A. Tanguy

4/29/25                                                              **By the court:** <u>Janet E. Bostwick</u>
                                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This court grants a discharge to the person named as the debtor. It does not dismiss the case, and it does not determine how much money, if any, the trustee will pay to creditors.

**Debts that Are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debt are discharged if the debt existed on the date the bankruptcy case was filed.

If this case began under a different chapter of the Bankruptcy Code and was converted to chapter 7, the discharge applies to debts as of the date of conversion.

**Debts that Are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

- Debts for most taxes;
- Debts incurred to pay nondischargeable taxes;
- Debts that are domestic support obligations;
- Debts for most student loans;
- Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
- Some debts which the debtors did not properly list;
- Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
- Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
- Debts owed to certain pension, profit sharing, stock bonus, or retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**For more information, see page 2 >**

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.

*[In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.]*

A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318      **Order of Discharge**      page 2