

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

BRIAN A. TANGUY,

        Debtor

Chapter 7
Case No. 25-10096-JEB

**Order**

**MATTER:**

#21 Motion filed by Debtor Brian A. Tanguy to Avoid Judicial Liens

This matter came before the Court on the above Motion filed by the Debtor. Pursuant to the Motion, in addition to other relief, the Debtor seeks an order avoiding the judicial lien of Richard Eames and Kristin Lima filed against the Debtor's interest in real property located at 15 Summer St., Weymouth, MA (the "Property"). Notice of the Motion having been given, no objections were filed. Having considered the Motion, good cause being shown under 11 U.S.C. § 522(f) to avoid the liens in their entirety, the Motion is granted in part as follows.

It is ORDERED that the judicial lien of Richard Eames andKristin Lima, recorded with the Registry of Deeds for the Norfolk Registry District of the Land Court for Norfolk County as Document No 1,546,420, as noted on Certificate of Title No. 174242, against the Property is AVOIDED in its entirety and shall be of no effect.

Pursuant to 11 U.S.C. § 349(b)(1)(B), the avoided liens shall be reinstated if the case is dismissed unless the Court, for cause, orders otherwise.

Dated: July 23, 2025

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge